UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMANTHA LYNN CLARK,<br><br>Plaintiff,<br>v.<br><br>CHEHALIS POLICE DEPARTMENT et al.,<br><br>Defendants. | CASE NO. 3:26-cv-05727-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Plaintiff has filed a praecipe to issue summons to the City of Chehalis (Dkt. No. 33) and a "praecipe to attach document (mailed waiver)" for the City of Chehalis (Dkt. No. 34). The Court presumes Plaintiff is attempting to serve the City of Chehalis with notice of this lawsuit. However, the Court previously directed the Clerk to issue summons and ordered the United States Marshal or Deputy Marshal to serve a copy of the summons and complaint on the City of

Chehalis on August 25. (*See* Dkt. No. 27.) Dkt. Nos. 33 and 34 are therefore STRICKEN from the record.

In addition, Plaintiff filed a declaration (Dkt. No. 35) which appears to contain information about the claims asserted. However, the declaration has no bearing to any pending motion before the Court. Nor has Plaintiff identified the authority for filing such standalone declaration on the docket. Accordingly, the declaration (Dkt. No. 35) is STRICKEN from the record.

Dated this 31st of August 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.