UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMANTHA LYNN CLARK,<br><br>Plaintiff,<br>v.<br><br>CHEHALIS POLICE DEPARTMENT et al.,<br><br>Defendants. | CASE NO. 3:26-cv-05727-DGE<br><br>ORDER ON NOTICES OF VOLUNTARY DISMISSAL (DKT. NOS. 45, 46, 53, 57, 60) |

Plaintiff Samantha Lynn Clark, proceeding pro se, has filed several notices of voluntary dismissal. On September 4, 2026, Plaintiff filed two notices of voluntary dismissal. (Dkt. Nos. 45, 46.) The first notice voluntarily dismissed Defendant Centralia Police Department. (Dkt. No. 45.) The second notice voluntarily dismissed (1) Defendants John Doe 1-10; (2) Defendant City of Centralia, and (3) Defendant City of Chehalis. (Dkt. No. 46.) On September 11, 2026, Plaintiff filed a notice of voluntary dismissal dismissing Defendants Matthew McKnight, Brady Hinds, and Dan Dozios. (Dkt. No. 53.)

On September 15, 2026, Plaintiff filed two additional notices of voluntary dismissal. (Dkt. Nos. 57, 60.) The next day, Plaintiff filed a "Notice to the Court Regarding Docket No. 60 and September 16, 2026 Filings" in which she stated that she did not intend to file Docket No. 60 dismissing the action. (Dkt. Nos. 61, 62.)

However, even if Plaintiff did not intend to file Dkt. No. 60, her most recent filing does not indicate that the other notices of voluntary dismissal were in error. (Dkt. Nos. 45, 46, 53.) Those notices dismissed all the Defendants that Plaintiff has named in this suit.

Accordingly, this action is hereby DISMISSED WITHOUT PREJUDICE. Any pending motions in this action are DENIED as MOOT. The Clerk is directed to close this case.

Dated this 16th day of September, 2026.

David G. Estudillo
United States District Judge